**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **XINGSHAO LI,** | |
| Plaintiff, | |
| v. | Civil Action No.: 26-cv-3970 |
| | Honorable Judge Mary M. Rowland |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | Magistrate Judge Albert Berry, III |
| Defendants. | |

**<u>DECLARATION OF GE (LINDA) LEI</u>**

I, Ge (Linda) Lei, hereby declare, and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows. I am submitting this Declaration in Support of Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and pursuant to Orders (ECF 18, 20).

2. First, Exhibit B to Plaintiff's Amended Complaint establishes that each named defendant has sold or offered to sell the Infringing Product(s) within the last two months of filing. Exhibit B to Plaintiff's Amended Complaint pp. 5-254 contains timestamped screenshot evidence of each Defendant's Infringing Product being

1

offered for sale. The infringing evidence pertaining to Defendants was captured on 02/25/2026, 02/26/2026, 03/02/2026, or 03/25/2026, respectively, as timestamped therein.

3. Second, Exhibit B to Plaintiff's Amended Complaint establishes that each Defendant sold at least one Infringing Product to a customer in Illinois. Exhibit B to Plaintiff's Amended Complaint pp. 255-271 contains screenshot evidence of that each Defendant accepted an order and payment for their Infringing Product to be shipped to Illinois, with order details providing that such Infringing Products were either delivered or providing an estimated arrival date.

4. Third, the only currently pending case brought by Plaintiff is Case No. 26-cv-95, Li v. The Individuals, Partnerships, And Unincorporated Associations Identified On Schedule A ("95 Case"), which was filed in the Northern District of Illinois and assigned to Honorable Judge Matthew F. Kennelly. The same intellectual property is at issue in both. The overlapping Defendants named in the 95 Case and this Lawsuit include Defendant Nos. 1-6, 15-16, and 20-23 ("Overlapping Defendants"). All Overlapping Defendants were previously dismissed from the 95 Case on February 18, 2026 for lack of personal jurisdiction (ECF 17). In the 95 Case, six defendants remained, where defendants either were voluntarily dismissed, are subject to a Default Judgment Order, or appeared and requested an extension of time.


I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the 27th day of April 2026, in Chicago, IL, United States.

Respectfully submitted,


<u>/s/ Ge (Linda) Lei</u>
Ge (Linda) Lei