**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XINGSHAO LI,<br><br>        Plaintiff<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br><br>        Defendants. | **Case No. 1:26-cv-03970**<br><br><br>Honorable Judge Mary M. Rowland<br><br>Magistrate Judge Albert Berry, III |

**DECLARATION OF HAN WU**
**IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO**
**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

I, Han Wu, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am the solo shareholder of Shenzhen Ouyuan Technology Co., Ltd d/b/a "Ahorasky". I operate the company's Amazon storefront "Ahorasky". I make this declaration based on my personal knowledge.

2.      The email address that Plaintiff used for service in this case, dudandan2024@163.com, is the one associated with the Amazon store account.

3.      In practice, we do not check this email account on a daily basis.

4.      The number of emails this account receives is highly dependent on order volume. During periods of high sales, it is inundated with a very large number of primarily automated messages, including order notifications, buyer communications, shipment updates, financial notices, and Amazon platform announcements.

5.      Because of this constant volume, and since most of the information can also be accessed directly through Amazon's seller portal, I do not review each message individually.

6.      Exhibit A is a screenshot of this email account's inbox, which shows 5,680 unread messages.

7.      On May 9, 2026, the Amazon store account received a notification from Amazon to remind that the account has been frozen with the Plaintiff's counsel's email address.

8.      On May 11, 2026, I started to negotiate with Plaintiff through a third party. On June 10, 2026, I was notified by the third party that Plaintiff maintained its prior demand, which I could not accept and would expire on June 15, 2026. The settlement negotiation failed.

9.      On June 11, 2026, I counseled with another qualified licensed American attorney to discuss this case. She asked me to forward the Plaintiff's service email. Until then, I found Plaintiff's alleged service email sent on May 22, 2026. The deadline to respond to a complaint could pass in one day.

10.     With this information, I promptly contacted the current counsel, and the company engaged him for this case on June 16, 2026.

11.     As a foreigner and a foreign company unfamiliar with the procedural requirements of U.S. litigation, I did not realize that the law of the U.S. requires a response to a complaint within 21 days.

12.     The company and I have acted in good faith and intend to participate fully in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on June 25, 2026, in Shenzhen, China.

Han Wu