# Exhibit A



Inbox and unread messages of the email account

dudandan2024@163.com