Exhibit   B



Case: 1:26-cv-03970 Document #: 47-3 Filed: 06/27/26 Page 3 of 6 PageID #:1148

Case: 1:26-cv-03970 Document #: 47-3 Filed: 06/27/26 Page 4 of 6 PageID #:1149

# Ahorasky

Visit the Ahorasky storefront

★★★★★ | **95% positive** in the last 12 months (41 ratings)

**Gummy Candy Molds - Silicone M...**

$5⁹⁸

[ Add to cart ]

## About Seller

Ahorasky is committed to providing each customer with the highest standard of customer service.

**Have a question for Ahorasky?**

[ Ask a question ]

## Reviews

★★★★★   4.8 out of 5
41 ratings

[ 12 months ▾ ]

**FILTER BY**

[ All stars ▾ ]

41 total ratings, 41 with feedback for 12 months ⓘ

| | | |
|---|---|---|
| 5 star | ███████ | 93% |
| 4 star | | 2% |
| 3 star | | 2% |
| 2 star | | 0% |
| 1 star | | 2% |

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

[ Leave seller feedback ]

★★★★★   "great procuct"
By GmaGma on May 31, 2026.

★★★★★   "Came promptly & in good condition"
By kenneth l merklinger on May 31, 2026.

★★★★★   "Love it"
By maryanne on May 29, 2026.

★☆☆☆☆   "Amazon did not help at all AND "edited" my original review on their own. I did not edit my review since my issue was NOT resolved!!!!"
By Sigpea on May 28, 2026.

★★★★★   "happy"
By Nancy NC on May 20, 2026.

Previous   Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Ouyuan Technology Co., Ltd
**Business Address:**
龙华区民治街道新牛社区
港深国际中心7A015
深圳市
广东
518131
CN

## Shipping Policies ▾

## Other Policies ▾

Case: 1:26-cv-03970 Document #: 47-3 Filed: 06/27/26 Page 5 of 6 PageID #:1150

## Help ⌄

## Customers who viewed items in your browsing history also viewed

**Product**

See all pro







Fimary Dubai Chocolate Molds 1 Inch Deep, Silicone Chocolate Bar Mold – Non-Stick, Flexible, Large and Thic…

★★★★★ 275

-6% $8⁴⁹
Typical: $8.99
Get it as soon as **Monday, Jun 22**
FREE Shipping on orders over $35 shipped by Amazon

Webake Deep Chocolate Bar Molds 2 Pack, 1 Inch Platinum Silicone Dubai Chocolate Bar Molds for Stuffed Bar, Big…

★★★★½ 518

$9⁹⁹ ($5.00/count)
Get it as soon as **Monday, Jun 22**
FREE Shipping on orders over $35 shipped by Amazon

Fimary Chocolate Bar Mold - Non-Stick Chocolate Molds, Food Grade Silicone Deep Mold for Dubai Pistachio,…

★★★★½ 5,161

-7% $6⁴⁹
Typical: $6.99
Get it as soon as **Monday, Jun 22**
FREE Shipping on orders over $35 shipped by Amazon

Fly Swatter,Plastic Flyswatters Multi-Pack,6 Bulk Vibrant Colorful Fly Killer,Long Handle Bug…

★★★★½ 1,741

**Amazon's Choice**

$7¹⁹ ($1.20/count)
Get it as soon as **Monday, Jun 22**
FREE Shipping on orders over $35 shipped by Amazon

HOOJOJO 2
Fly Swatter,
Games, Sigh
Games, Math
Kids, Blank…

★★★★½

$9⁹⁹
Get it as soon a
22
FREE Shipping b

## Related to items you viewed







Eastanbul Dried & Chopped Kataifi Shredded Fillo Dough, Kurutulmus Kadayif…

★★★★½ 2,515

**#1 Best Seller**

-5% $8⁰⁷ ($1.35/ounce)
Typical: $8.49
Get it as soon as **Monday, Jun 22**
FREE Shipping on orders over $35 shipped by Amazon

Gummy Candy Molds - Silicone Mini Gummy Bear/Dinosaur/Fruit Snack Molds with 2pcs Dropper,Non-stick and…

★★★★½ 403

-14% $5⁹⁸
List: $6.98
Get it as soon as **Monday, Jun 22**
FREE Shipping on orders over $35 shipped by Amazon

Holy dove Chelsea Boots Men – Genuine Leather,Chelsea Boots for Men with Side Zipper, Casual Slip-On Ankle Boots, Chukka & Oxfor…

★★★★½ 477

$57⁹⁹-$64⁹⁹

J.VER Men's Dress Shirts Solid Long Sleeve Stretch Wrinkle-Free Formal Shirt Business Casual Button Down Shirts

★★★★½ 36,714

$19⁹⁹
Get it as soon as **Monday, Jun 22**
FREE Shipping on orders over $35 shipped by Amazon
🌿 3 sustainability features ⌄

IUV Cowboy
Men Ankle B
Boot Casual
Chelsea Men

★★★★½

$39⁹⁹-$56

## Your Browsing History   View or edit your browsing history








Back to top

**Get to Know Us**

Careers

**Make Money with Us**

Sell on Amazon

**Amazon Payment Products**

Amazon Visa

**Let Us Help You**

Your Account

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Groceries at Amazon
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates