# Exhibit   C

**Generated on:** This page was generated by TSDR on 2026-06-17 03:43:16 EDT

**Mark:** AHORASKY

Ahorasky

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98433215 | **Application Filing Date:** | Mar. 05, 2024 |
| **US Registration Number:** | 7611852 | **Registration Date:** | Dec. 17, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Dec. 17, 2024

**Publication Date:** Oct. 29, 2024

## Mark Information

**Mark Literal Elements:** AHORASKY

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Dinnerware; Lunchboxes; Ovenware; Baking dishes; Chocolate moulds for household purposes; Household storage containers for pet food; Ice cube molds; Pastry molds; Pet brushes; Pet dishes

| | | | |
|---|---|---|---|
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jan. 25, 2024 | **Use in Commerce:** | Jan. 25, 2024 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Shenzhen Ouyuan Technology Co., Ltd. |
| **Owner Address:** | 7A015, Gangshen International Center<br>Minzhi Street, Longhua District<br>Shenzhen, Guangdong CHINA 518000 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** CHINA

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Mengmei Xu |
| **Attorney Primary Email Address:** | landinglawtrademark@gmail.com |

**Attorney Email Authorized:** Yes

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MENGMEI XU<br>LANDING BUSINESS LAW GROUP P.C.<br>20955 PATHFINDER RD, SUITE 388<br>DIAMOND BAR, CALIFORNIA UNITED STATES 91765 |
| **Correspondent e-mail:** | landinglawtrademark@gmail.com landinglawtrademark@outlook.com |

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 17, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Dec. 17, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 29, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 29, 2024 | PUBLISHED FOR OPPOSITION | |
| Oct. 09, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 19, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 19, 2024 | EXAMINER'S AMENDMENT ENTERED | |
| Sep. 19, 2024 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Sep. 19, 2024 | EXAMINERS AMENDMENT E-MAILED | |
| Sep. 19, 2024 | EXAMINERS AMENDMENT -WRITTEN | |
| Sep. 18, 2024 | ASSIGNED TO EXAMINER | 81089 |
| Apr. 11, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 08, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | FILE REPOSITORY (FRANCONIA) | **Date in Location:** | Dec. 17, 2024 |