# Exhibit E

the world asking us to deliver.
世界在要求我们兑现承诺。

So now I need a caseless now with chocolate.
所以现在我需要一个无壳巧克力的。



Screenshoots of the Video In Which Shown Sarah's Mold published by CNN Travel on June 18, 2024