# Exhibit F



## Customer Review

Fortune

★★★★☆ **So far, so good.**
Reviewed in the United States on March 21, 2022
Color: Choco: 2 PCS | Size: Square+Rectangle | **Verified Purchase**

Very excited to use these. Only rated 4 stars because I haven't used them yet. Packaging was nice and clean and molds are nice and sturdy enough for good results, but also flexible enough for

3 people found this helpful

Helpful | Report

### Product Details

Fimary Chocolate Bar Mold - Non-...
by Fimary

★★★★½ 4.6 out of 5
5,168 global ratings

| | | |
|---|---|---|
| 5 star | | 81% |
| 4 star | | 11% |
| 3 star | | 5% |
| 2 star | | 1% |
| 1 star | | 2% |

See All Buying Options

---

## Your Browsing History  View or edit your browsing history

Page 1 of 2



---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

1/2

