# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
## Eastern Division

Xingshao Li

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:26–cv–03970
                                                        Honorable Mary M.
                                                        Rowland

The Individuals, Partnerships, and Unincorporated
Associations Identified on Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

       MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to strike response [48] is granted. Defendant Ahorasky filed an opposition [47] to the motion for default [45]. The Motion for default does not name Defendant Ahorasky so its opposition is improper. Document [47] is stricken. Any opposition to the motion for default is due 7/20/26. Status report due 7/27/26. Finally responses to the complaint are due by 7/13/26. Failure to file by that date will mean that a defendant is in default. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.