Shenzhen Ouyuan Technology Co., Ltd. - Google Maps                                                           7/13/26, 4:20 PM



**Rating** ▾     **Hours** ▾     ⚙ **All filters**

# Results ⓘ                                                          ⤳ **Share**

### Youyuan Technology （Shenzhen） Co., Ltd.

No reviews

2 Tianyangyi Rd



**Directions**

### Shenzhen Sheng'Ouyuan Technology Co.,Ltd.


No reviews
Corporate office · 53 Xinguang Rd
+86 755 3660 5033

Directions

### Shenzhen Sheng'ouyuan Technology Co., Ltd.



Directions

No reviews
Internet · Longzhu 4th Rd, 龙井第二工业区D栋1层101及2层

### Shenzhen An Touch Technology Co,.Ltd



3.0 ★★★☆☆ (2)

Directions

Electronics company · 2nd floorSongbai Industrial Park,Songgang Street

### Shenzhen Yuanji Technology Co.,Ltd.



No reviews

Directions

Corporate office · CN 广东省 深圳市 宝安区 麻布新村八巷 4 4号广发大厦503

### Novestom (Shenzhen) Technology Co., Ltd




5.0 ★★★★★ (2)

Website　Directions

Manufacturer · Xixiang Blvd, 2F, B Block Internet+creative park ,Republic of Industrial Road
Closed · Opens 9 AM ·
+86 135 2850 2202

### Shenzhen Hongyuan Information Technology Co.,Ltd.



No reviews

Directions

Corporate office · 东北方向190米

### Shenzhen Xinyuan Technology Co.,Ltd.



1.0 ★☆☆☆☆ (1)

Internet service provider · 2061 Nanhai Blvd

Directions