# EXHIBIT B

PRC Corporate Registry Records and Map Verification —

Shenzhen Ouyuan Technology Co., Ltd.

（深圳市欧源科技有限公司 / 深圳市欧缘科技有限公司）

Page 1
深圳市欧源科技有限公司_欧源科技官网_制造企业信息查询_信用数据及资质分析-天眼查
https://www.tianyancha.com/company/2486864442



**变更记录 19**  天眼查

登录后查看更多信息

登录查看

| 序号 | 变更日期 | 变更项目 | 变更前 | 变更后 |
|---|---|---|---|---|
| 1 | 2024-XX-XX | 董事（理事）、经理、监事 | | |
| 2 | 2023-XX-XX | 经营范围 | | |
| 3 | 2022-XX-XX | 董事（理事）、经理、监事 | | |
| 4 | 2020-XX-XX | | | |

**企业年报 11**  导出  天眼查

| 2025年度报告 | 2024年度报告 | 2023年度报告 | 2022年度报告 | 2021年度报告 | 2020年度报告 | 2019年度报告 |
|---|---|---|---|---|---|---|
| 2026-06-16 | 2025-03-08 | 2024-08-15 | 2023-06-04 | 2022-08-29 | 2021-08-19 | 2020-08-08 |

**最终受益人**  天眼查

登录后查看更多信息

登录查看

样例
最终受益人

受益所有人 1

| 序号 | 受益所有人名称 | 最终受益股份 | 受益类型 | 任职类型 | 判定理由 |
|---|---|---|---|---|---|
| 1 | XXX 某X | 76.2921% | 关键决策人员、法定代表人/负责人 | 董事长、法定代表人/负责人 | 穿透识别出直接或间接持有超过25%公司股权或者表决权的自然人 |

受益自然人 10   受益机构 0

| 序号 | 受益自然人名称 | 最终受益股份 | 受益类型 | 任职类型 |
|---|---|---|---|---|
| 1 | XXX 某X | 49.6523% | 关键决策人员、法定代表人/负责人 | 董事长、法定代表人/负责人 |
| 2 | XXX 某X | – | 关键决策人员 | 执行董事 |
| 3 | XXX 某X | 25.1226% | 关键管理人员 | 董事长、法定代表人/负责人 |

**实际控制人**  天眼查

登录后查看更多信息

登录查看

实际控制人

| 序号 | 实际控制人 | 直接持股比例 | 最终受益股份 | 表决权比例 |
|---|---|---|---|---|
| 1 | 马** | 38.5473% | 59.6117% | 59.6245% |

**疑似关系**  天眼查





意见反馈
加入我们

涉企举报专区    投诉

数据来源：全国企业信用信息公示系统  中国裁判文书网  中国执行信息公开网  国家知识产权局  商标局  版权局

京公网安备 11010802021795号        天眼查营业执照        网上有害信息举报专区

天眼查  天眼查客服：400-608-0000          违法和不良信息举报电话：400-608-0000
TianYanCha.com  版权所有：北京金城科技有限公司 ©2026 TIANYANCHA 京ICP备14061319号-5 增值电信业务经营许可证：京B2-20250691      举报邮箱：jubao@tianyancha.com

Captured by FireShot Pro: 23 July 2026, 09:10:57 PM
https://getfireshot.com

Page 1
深圳市欧缘科技有限公司_欧缘科技-信息查询-官方资质&背景数据-天眼查
https://www.tianyancha.com/company/4735599803



变更记录 6　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　天眼查

登录后查看更多信息

登录查看

企业年报 5　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　导出　　天眼查

| 2025年度报告 | 2024年度报告 | 2023年度报告 | 2022年度报告 | 2021年度报告 |
| --- | --- | --- | --- | --- |
| 2026-04-24 | 2025-05-20 | 2024-05-30 | 2023-05-26 | 2022-06-02 |

企业公示 1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　导出　　天眼查

股东及出资信息 1　　　　　　　　　　　　　　　　　　　　　　　该信息由该企业提供，企业对其报送信息的真实性、合法性负责

| 序号 | 股东（发起人） | 认缴出资额(万元) | 认缴出资日期 | 实缴出资额 | 实缴出资日期 | 操作 |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 吴 吴晗 | 20 | 2021-05-24 | - | 2021-05-24 | 详情 |

最终受益人 ⑦ 🔔　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　天眼查

登录后查看更多信息

登录查看

实际控制人 ⑦ 🔔　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　天眼查

登录后查看更多信息

登录查看

疑似关系　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　天眼查



意见反馈
加入我们

沙企举报专区　投诉

数据来源：全国企业信用信息公示系统　中国裁判文书网　中国执行信息公开网　国家知识产权局　商标局　版权局

京公网安备 11010802021795号　　天眼查营业执照　　网上有害信息举报专区

天眼查 天眼查客服：400-608-0000
版权所有：北京金城科技有限公司 ©2026 TIANYANCHA 京ICP备14061319号-5 增值电信业务经营许可证：京B2-20250691

违法和不良信息举报电话：400-608-0000
举报邮箱：jubao@tianyancha.com

意见反馈
加入我们

沙企举报专区　投诉

数据来源：全国企业信用信息公示系统　中国裁判文书网　中国执行信息公开网　国家知识产权局　商标局　版权局









